ACCEPTED
01-14-00173-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 11:49:41 AM
CHRISTOPHER PRINE
CLERK



1201 Franklin Street, 13th Floor
Houston, Texas 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 11:49:41 AM
CHRISTOPHER A. PRINE
Clerk

713.368.0016
713.368.9278 eFax

April 27, 2015

The Honorable Christopher Prine
Clerk of the Court
First Court of Appeals
301 Fannin St., Room 208
Houston, TX. 77002

Re: *Oliver Hughes v. State of Texas*, cause number 01-14-00173-CR

To the Clerk:

Pursuant to TEX. R. APP. P. 48.4, please find a copy of the certified mail return receipt for the letter sent to the Appellant, Oliver Hughes, containing a copy of the opinion affirming his conviction. The copy of the certified mail return receipt is attached to this letter. Additionally, the letter contained information regarding the Appellant's right to a pro se PDR and the relevant rules from the Texas Rules of Appellate Procedure, as well as a copy of the writ of habeas corpus application packet provided by the Court of Criminal Appeals. I have informed the Appellant that I will not be filing a PDR on his behalf.

Regards,

/s Mark Kratovil
Mark Kratovil
Assistant Public Defender
Texas Bar Number 24076098
1201 Franklin Street, 13th Floor
Houston, Texas 77002
Telephone:    (713) 274-6728
Facsimile:    (713) 437-4339
mark.kratovil@pdo.hctx.net

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oliver Hughes
TDCJ 01929487
Robertson Unit
12071 FM 3522
Abilene, TX 79601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *A. Cedillo*  ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. Cedillo                       8/30/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7010 1870 0000 4619 9090

PS Form 3811, July 2013      Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**MARK KRATOVIL**
**HARRIS COUNTY PUBLIC DEFENDER'S OFFICE**
1201 Franklin, 13th Floor
Houston, TX 77002

RECEIVED BY:

APR 1 4 2015

HARRIS COUNTY PUBLIC DEFENDER'S OFFICE